UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 16-80030-CR-MARRA/MATTHEWMAN

Case No. _____

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 2
7 U.S.C. § 2024(b)(1)

FILED by **KZ** D.C.

**Feb 25, 2016**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

UNITED STATES OF AMERICA

vs.

HERBERT GRANT,
a/k/a "Earl Fleming,"
a/k/a "Devon Breen,"
a/k/a "Robert Breen,"
a/k/a "Earl Flinn,"
a/k/a "Dwayne,"
RICARDO SIMPSON,
a/k/a "Radio,"
a/k/a "Ricky,"
a/k/a "Tippa,"
GAVIN MCLAREN,
MARVIN BELTON,
a/k/a "Marvin Huggins,"
a/k/a "Trinni,"
a/k/a "Damian Henry,"
ROHANDO MORRIS,
a/k/a "Tampa Man,"
RICARDO MILLS,
a/k/a "Tuggy,"
LORENZO WALKER,
a/k/a "Haitian,"
a/k/a "Ming,"
ERICK MORGAN,
a/k/a "E," and
SHELDON RALPH TURNER,
                    Defendants.

_____/

## INDICTMENT

The Grand Jury charges the following:

## COUNT ONE

Beginning at least as early as July 2014, the exact date being unknown to the Grand Jury, and continuing through on or about March 2015, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**HERBERT GRANT,**
**a/k/a "Earl Fleming,"**
**a/k/a "Devon Breen,"**
**a/k/a "Robert Breen,"**
**a/k/a "Earl Flinn,"**
**a/k/a "Dwayne,"**
**RICARDO SIMPSON,**
**a/k/a "Radio,"**
**a/k/a "Ricky,"**
**a/k/a "Tippa,"**
**GAVIN MCLAREN,**
**MARVIN BELTON,**
**a/k/a "Trinni,"**
**a/k/a "Damian Henry," and**
**ROHANDO MORRIS,**
**a/k/a "Tampa Man,"**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to defendant HERBERT GRANT, a/k/a "Earl Fleming," a/k/a "Devon Breen," a/k/a "Robert Breen," a/k/a "Earl Flinn," a/k/a "Dwayne," the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is one hundred (100) kilograms or more of a substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vii).

2

With respect to defendant RICARDO SIMPSON, a/k/a "Radio," a/k/a "Ricky," a/k/a "Tippa," the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is fifty (50) kilograms or more of a substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(C).

With respect to defendant GAVIN MCLAREN, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is fifty (50) kilograms or more of a substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(C).

With respect to defendant MARVIN BELTON, a/k/a "Trinni," a/k/a "Damian Henry," the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is fifty (50) kilograms or more of a substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(C).

With respect to defendant ROHANDO MORRIS, a/k/a "Tampa Man," the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is less than fifty (50) kilograms or more of a substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(D).

## COUNT TWO

On or about October 25, 2014, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**HERBERT GRANT,**
**a/k/a "Earl Fleming,"**
**a/k/a "Devon Breen,"**
**a/k/a "Robert Breen,"**
**a/k/a "Earl Flinn,"**
**a/k/a "Dwayne," and**
**ROHANDO MORRIS, a/k/a "Tampa Man,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(D), it is further alleged that this violation involved less than fifty (50) kilograms or more of a substance containing a detectable amount of marijuana.

## COUNT THREE

On or about December 7, 2014, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**HERBERT GRANT,**
**a/k/a "Earl Fleming,"**
**a/k/a "Devon Breen,"**
**a/k/a "Robert Breen,"**
**a/k/a "Earl Flinn,"**
**a/k/a "Dwayne," and**
**RICARDO SIMPSON, a/k/a "Radio," a/k/a "Ricky," a/k/a "Tippa,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

4

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved fifty (50) kilograms or more of a substance containing a detectable amount of marijuana.

## COUNT FOUR

On or about December 7, 2014, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**GAVIN MCLAREN,**

did knowingly and intentionally attempt to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved fifty (50) kilograms or more of a substance containing a detectable amount of marijuana.

## COUNT FIVE

On or about December 8, 2014, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**HERBERT GRANT,**
**a/k/a "Earl Fleming,"**
**a/k/a "Devon Breen,"**
**a/k/a "Robert Breen,"**
**a/k/a "Earl Flinn,"**
**a/k/a "Dwayne," and**
**RICARDO SIMPSON, a/k/a "Radio," a/k/a "Ricky," a/k/a "Tippa,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

5

Pursuant to Title 21, United States Code, Section 841(b)(1)(D), it is further alleged that this violation involved less than fifty (50) kilograms or more of a substance containing a detectable amount of marijuana.

## COUNT SIX

From on or about December 8, 2014, through on or about December 10, 2014, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**HERBERT GRANT,**
**a/k/a "Earl Fleming,"**
**a/k/a "Devon Breen,"**
**a/k/a "Robert Breen,"**
**a/k/a "Earl Flinn,"**
**a/k/a "Dwayne," and**
**MARVIN BELTON, a/k/a "Trinni,"a/k/a "Damian Henry,"**

did knowingly and intentionally attempt to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2; all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(D), it is further alleged that this violation involved less than fifty (50) kilograms of a substance containing a detectable amount of marijuana.

## COUNT SEVEN

Beginning at least as early as January of 2015, the exact date being unknown to the Grand Jury, and continuing through on or about April 28, 2015, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**HERBERT GRANT,**
**a/k/a "Earl Fleming,"**
**a/k/a "Devon Breen,"**
**a/k/a "Robert Breen,"**
**a/k/a "Earl Flinn,"**
**a/k/a "Dwayne,"**

6

**GAVIN MCLAREN,**
**RICARDO MILLS,**
**a/k/a "Tuggy,"**
**LORENZO WALKER,**
**a/k/a "Haitian," a/k/a "Ming,"**
**ERICK MORGAN,**
**a/k/a "E," and**
**SHELDON RALPH TURNER**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with

persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute

a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1): all in

violation of Title 21, United States Code, Section 846.

With respect to defendant HERBERT GRANT, a/k/a "Earl Fleming," a/k/a "Devon

Breen," a/k/a "Robert Breen," a/k/a "Earl Flinn," a/k/a "Dwayne," the amount involved in the

conspiracy attributable to him as a result of his own conduct, and the conduct of other

conspirators reasonably foreseeable to him, is five hundred (500) grams or more of a substance

containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section

841(b)(1)(B)(ii).

With respect to defendant GAVIN MCLAREN the amount involved in the conspiracy

attributable to him as a result of his own conduct, and the conduct of other conspirators

reasonably foreseeable to him, is five hundred (500) grams or more of a substance containing a

detectable amount of cocaine, in violation of Title 21, United States Code, Section

841(b)(1)(B)(ii).

With respect to defendant RICARDO MILLS, a/k/a "Tuggy," the amount involved in the

conspiracy attributable to him as a result of his own conduct, and the conduct of other

conspirators reasonably foreseeable to him, is five hundred (500) grams or more of a substance

containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii).

With respect to defendant LORENZO WALKER, a/k/a "Haitian," a/k/a "Ming," the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five hundred (500) grams or more of a substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii).

With respect to defendant ERICK MORGAN, a/k/a "E," the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five hundred (500) grams or more of a substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii).

With respect to defendant SHELDON RALPH TURNER, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five hundred (500) grams or more of a substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii).

### COUNT EIGHT

On or about February 25, 2015, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

HERBERT GRANT,
a/k/a "Earl Fleming,"
a/k/a "Devon Breen,"
a/k/a "Robert Breen,"
a/k/a "Earl Flinn,"
a/k/a "Dwayne,"

**GAVIN MCLAREN, and**
**SHELDON RALPH TURNER**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred (500) grams or more of a substance containing a detectable amount of cocaine.

## COUNT NINE

On or about March 3, 2015, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**HERBERT GRANT,**
**a/k/a "Earl Fleming,"**
**a/k/a "Devon Breen,"**
**a/k/a "Robert Breen,"**
**a/k/a "Earl Flinn,"**
**a/k/a "Dwayne,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved less than five hundred (500) grams of a substance containing a detectable amount of cocaine.

## COUNT TEN

On or about April 28, 2015, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**HERBERT GRANT,**
**a/k/a "Earl Fleming,"**
**a/k/a "Devon Breen,"**
**a/k/a "Robert Breen,"**
**a/k/a "Earl Flinn,"**
**a/k/a "Dwayne,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved less than five hundred (500) grams of a substance containing a detectable amount of cocaine.

## COUNT ELEVEN

On or about July 24, 2014, in Palm Beach County, in the Southern District of Florida, the defendant,

**HERBERT GRANT,**
**a/k/a "Earl Fleming,"**
**a/k/a "Devon Breen,"**
**a/k/a "Robert Breen,"**
**a/k/a "Earl Flinn,"**
**a/k/a "Dwayne,"**

did knowingly use, transfer, acquire, alter, or possess benefits, that is, coupons, authorization cards, and access devices of a value of $100 or more, in a manner contrary to Title 7, United States Code, Chapter 51 and the regulations issued pursuant to that Chapter, that is, Title 7, Code of Federal Regulations, Part 271, in violation of Title 7, United States Code, Section 2024(b)(1).

## CRIMINAL FORFEITURE

Upon conviction of any of the violations alleged in Counts 1 through 10 of this indictment, the defendants, **HERBERT GRANT, a/k/a "Earl Fleming," a/k/a "Devon Breen," a/k/a "Robert Breen," a/k/a "Earl Flinn," a/k/a "Dwayne," RICARDO SIMPSON, a/k/a "Radio," a/k/a "Ricky," a/k/a "Tippa," GAVIN MCLAREN, MARVIN BELTON, a/k/a "Marvin Huggins," a/k/a "Trinni," a/k/a "Damian Henry," ROHANDO MORRIS, a/k/a "Tampa Man," RICARDO MILLS, a/k/a "Tuggy," LORENZO WALKER, a/k/a "Haitian," a/k/a "Ming," ERICK MORGAN, a/k/a "E," and SHELDON RALPH TURNER** shall forfeit to the United States any and all property constituting or derived from any proceeds which the defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit or facilitate the commission of such violation, pursuant to Title 21, United States Code, Section 853.

If any of the forfeitable property described in the forfeiture section of this indictment, as a result of any act or omission of the defendant,

    (a)     cannot be located upon the exercise of due diligence;

    (b)     has been transferred or sold to, or deposited with, a third person;

    (c)     has been placed beyond the jurisdiction of the Court;

    (d)     has been substantially diminished in value; or

    (e)     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

Pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BRANDY BRENTARI GALLER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 16-80030-CR-MARRA/MATTHEWMAN

vs.

**CERTIFICATE OF TRIAL ATTORNEY***

HERBERT GRANT et al,

_____ Defendants. /

**Superseding Case Information:**

**Court Division:** (Select One)

| | | |
|---|---|---|
| ____ Miami | __X__ Key West | |
| ____ FTL | ____ WPB | ____ FTP |

New Defendant(s)          Yes ____    No ____
Number of New Defendants  ____
Total number of counts    ____

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:    (Yes or No)    __No__

    List language and/or dialect    _____

4.  This case will take    __10__    days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)

    | | | |
    |---|---|---|
    | I | 0 to 5 days | ____ |
    | II | 6 to 10 days | __X__ |
    | III | 11 to 20 days | ____ |
    | IV | 21 to 60 days | ____ |
    | V | 61 days and over | ____ |

    (Check only one)

    | | |
    |---|---|
    | Petty | ____ |
    | Minor | ____ |
    | Misdem. | ____ |
    | Felony | __X__ |

6.  Has this case been previously filed in this District Court? (Yes or No)    __No__
    If yes:
    Judge: _____    Case No._____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?    (Yes or No)  __No__
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____    District of _____
    Is this a potential death penalty case? (Yes or No)    __No__

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ____ Yes    __X__ No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ____ Yes    __X__ No

BRANDY GALLER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.

*Penalty Sheet(s) attached

REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   HERBERT GRANT, a/k/a "Earl Fleming," a/k/a "Devon Breen," a/k/a "Robert Breen," a/k/a "Earl Flinn," a/k/a "Dwayne,"

**Case No:** 16-80030-CR-MARRA/MATTHEWMAN

Count #: 1

　　　　Conspiracy to traffic marijuana

　　　　　21 U.S.C § 841(b)(1)(B)(vii)

**\* Max.Penalty**: 5-40 years' imprisonment, $5 million fine, 4 years to life supervised release

Count #: 2

　　　　Possession with intent to distribute marijuana

　　　　　21 U.S.C § 841(b)(1)(D)

**\* Max.Penalty**: 5 years' imprisonment, $250,000 fine, 2 years to life supervised release.

Count #: 3

　　　　Possession with intent to distribute marijuana

　　　　　21 U.S.C § 841(b)(1)(C)

**\* Max.Penalty**: 20 years' imprisonment, $1 million fine, 3 years to life supervised release

Count #: 5

　　　　Possession with intent to distribute marijuana

　　　　　21 U.S.C § 841(b)(1)(D)

**\* Max.Penalty**: 5 years' imprisonment, $250,000 fine, 2 years to life supervised release

Count #: 6

Possession with intent to distribute marijuana

21 U.S.C § 841(b)(1)(D)

**\* Max.Penalty**: 5 years' imprisonment, $250,000 fine, 2 years to life supervised release

Count #: 7

Conspiracy to traffic cocaine

21 U.S.C § 841(b)(1)(B)(ii)

**\* Max.Penalty**: 5-40 years' imprisonment, $5 million fine, 4 years to life supervised release

Count #: 8

Possession with intent to distribute cocaine

21 U.S.C § 841(b)(1)(B)(ii)

**\* Max.Penalty**: 5-40 years' imprisonment, $250,000 fine, 4 years to life supervised release

Count #: 9

Possession with intent to distribute cocaine

21 U.S.C § 841(b)(1)(C)

**\* Max.Penalty**:   20 years' imprisonment, $1 million fine, 3 years to life supervised release

Count #: 10

Possession with intent to distribute cocaine

21 U.S.C § 841(b)(1)(C)

**\* Max.Penalty**: 20 years' imprisonment, $1 million fine, 3 years to life supervised release

Count #: 11

Food Stamp Fraud

7 U.S.C § 2024(b)(1)

* **Max.Penalty:**   5 years' imprisonment, $10,000 fine, 3 years' to life supervised release plus restitution

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   RICARDO SIMPSON, a/k/a "Radio,"a/k/a "Ricky,"a/k/a "Tippa,"

**Case No:** 16-80030-CR-MARRA/MATTHEWMAN

Count #: 1

Conspiracy to traffic marijuana

21 U.S.C § 841(b)(1)(C)

**\* Max.Penalty**: 20 years' imprisonment, $1 million fine, 3 years to life supervised release

Count #: 3

Possession with intent to distribute marijuana

21 U.S.C § 841(b)(1)(C)

**\* Max.Penalty**: 20 years' imprisonment, $1 million fine, 3 years to life supervised release

Count #: 5

Possession with intent to distribute marijuana

21 U.S.C § 841(b)(1)(D)

**\* Max.Penalty**: 5 years' imprisonment, $250,000 fine, 2 years to life supervised release

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** GAVIN MCLAREN

**Case No:** 16-80030-CR-MARRA/MATTHEWMAN

Count #: 1

Conspiracy to traffic marijuana

21 U.S.C § 841(b)(1)(C)

**\* Max.Penalty**: 20 years' imprisonment, $1 million fine, 3 years to life supervised release

Count #: 4

Attempted possession with intent to distribute marijuana

21 U.S.C §§ 841(b)(1)(C) and 846

**\* Max.Penalty**: 20 years' imprisonment, $1 million fine, 3 years to life supervised release

Count #: 7

Conspiracy to traffic cocaine

21 U.S.C § 841(b)(1)(B)(ii)

**\* Max.Penalty**: 5-40 years' imprisonment, $5 million fine, 4 years to life supervised release

Count #: 8

Possession with intent to distribute cocaine

21 U.S.C § 841(b)(1)(B)(ii)

**\* Max.Penalty**: 5-40 years' imprisonment, $5 million fine, 4 years to life supervised release

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   MARVIN BELTON, a/k/a "Marvin Huggins," a/k/a "Trinni," a/k/a "Damian Henry,"

**Case No:**   16 - 80030 - CR - MARRA / MATTHEWMAN

Count #: 1

    Conspiracy to traffic marijuana

    21 U.S.C § 841(b)(C)

**\* Max.Penalty**: 20 years' imprisonment, $1 million fine, 3 years to life supervised release

Count #: 6

    Possession with intent to distribute marijuana

    21 U.S.C § 841(b)(1)(D)

**\* Max.Penalty**: 5 years' imprisonment, $250,000 fine, 2 years to life supervised release

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** ROHANDO MORRIS, a/k/a "Tampa Man,"

**Case No:** 16-80030-CR-MARRA/MATTHEWMAN

Count #: 1

Conspiracy to traffic marijuana

21 U.S.C § 841(b)(1)(D)

**\* Max.Penalty:** 5 years' imprisonment, $250,000 fine, 2 years to life supervised release

Count #: 2

Possession with intent to distribute marijuana

21 U.S.C § 841(b)(1)(D)

**\* Max.Penalty:** 5 years' imprisonment, $250,000 fine, 2 years to life supervised release

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   RICARDO MILLS, a/k/a "Tuggy,"

**Case No**:   16-800 30-CR-MARRA/MATTHEWMAN

Count #: 7

Conspiracy to traffic cocaine

21 U.S.C § 841(b)(1)(B)(ii)

**\* Max.Penalty**: 5-40 years' imprisonment, $5 million fine, 4 years to life supervised release

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**    LORENZO WALKER, a/k/a "Haitian," a/k/a "Ming,"

**Case No:**  16-80030 -CR - MARRA/MATTHEWMAN

Count #: 7

Conspiracy to traffic cocaine

21 U.S.C § 841(b)(1)(B)(ii)

\* **Max.Penalty:** 5-40 years' imprisonment, $5 million fine, 4 years to life supervised release

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name**:  ERICK MORGAN, a/k/a "E,"

**Case No:**  16-80030-CR-MARRA/MATTHEWMAN

Count #: 7

Conspiracy to traffic cocaine

21 U.S.C § 841(b)(1)(B)(ii)

* **Max.Penalty**: 5-40 years' imprisonment, $5 million fine, 4 years to life supervised release

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   SHELDON RALPH TURNER

**Case No**:   16 - 80030 - CR - MARRA/MATTHEWMAN

Count #: 7

Conspiracy to traffic cocaine

21 U.S.C § 841(b)(1)(B)(ii)

**\* Max.Penalty**: 5-40 years' imprisonment, $5 million fine, 4 years to life supervised release

Count #: 8

Possession with intent to distribute cocaine

21 U.S.C § 841(b)(1)(B)(ii)

**\* Max.Penalty**: 5-40 years' imprisonment, $5 million fine, 4 years to life supervised release