AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

United States of America
v.
RICARDO SIMPSON, a/k/a "Radio," a/k/a "Ricky," a/k/a "Tippa,

Defendant.

Case No. 16-80030-CR-MARRA/MATTHEWMAN

**SEALED**

FILED BY _____ D.C.

STEVEN M. LARIMORE
UNITED STATES
MARSHALS SERVICE
S.D. OF FLA.
FEB 26 2016

## ARREST WARRANT

To: Any authorized law enforcement officer

701 Clematis Street Suite 215
West Palm Beach, FL 33401

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) RICARDO SIMPSON, a/k/a "Radio," a/k/a "Ricky," a/k/a "Tippa,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to traffic marijuana in violation of Title 21, United States Code, Section 846

Trafficking maijuanana in violation of Title 21, United States Code, Section 841(a)(1)

Date: February 25, 2016

_William Mathewman_
Issuing officer's signature

City and state: West Palm Beach, Florida

William Mathewman U.S. MAGISTRATE JUDGE
Printed name and title

### Return

This warrant was received on (date) 2-25-16, and the person was arrested on (date) 3-2-16
at (city and state) Boynton Beach, FL by DEA

Date: 3-3-16

_Cmales_
Arresting officer's signature

DM Corrales 4963
Printed name and title