UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



REPORT COMMENCING CRIMINAL ACTION

UNITED STATES OF AMERICA      CASE # 16-80030-CR-Marra/Matthewman

vs Ricardo MILLS
~~Herbert GRANT et al~~      PRISONER # 13538104

*****************************************************

TO: CLERK'S OFFICE, UNITED STATES DISTRICT COURT:   (CIRCLE ONE)

MIAMI      FT. LAUDERDALE      (WEST PALM BEACH)      FT. PIERCE

*****************************************************

*ALL ITEMS ARE TO BE COMPLETED - INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A":*

1) DATE AND TIME OF ARREST: _____

2) LANGUAGE(S) SPOKEN: English/Patois

3) OFFENSE(S) CHARGED: Title 21 USC 846/Title 21 USC 841(a)(1)

4) U.S. CITIZEN   ☐ YES   ☑ NO   ☐ UNKNOWN

5) DATE OF BIRTH: 10-01-1980

6) TYPE OF CHARGING DOCUMENT:  (CHECK ONE)
   ☑ INDICTMENT
   ☐ COMPLAINT TO BE FILED/ALREADY FILED
   ☐ BENCH WARRANT FOR FAILURE TO APPEAR
   ☐ PROBATION VIOLATION WARRANT
   ☐ PAROLE VIOLATION WARRANT

ORIGINATING DISTRICT: SDFL

COPY OF WARRANT LEFT WITH BOOKING OFFICER ☑ YES   ☐ NO

7) AMOUNT OF BOND: _____   WHO SET BOND: _____

8) ARRESTING/PROCESSING AGENT: Regina Claxton   DATE: _____

9) AGENCY: DEA/USMS      PHONE: 561-684-8000